JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SCHAEFFLER GROUP USA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEWIND, INC., a Nevada corporation,<br><br>Defendant. | Case No. SA CV 09-0402-DOC(RNBx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Schaeffler Group USA, Inc. ("Schaeffler Group") and Defendant Dewind, Inc. ("Dewind"), through their undersigned counsel, and, therefore, it is ordered by the Court that:

All claims asserted by Plaintiff Schaeffler Group are hereby dismissed with prejudice;

Plaintiff Schaeffler Group and Defendant Dewind shall each bear their own costs, expenses, and fees.

**IT IS SO ORDERED:**

Dated     February 3, 2010                      /s/ David O. Carter

Hon. David O. Carter
United States District Judge